1 | Doris Johnson Hines (*pro hac vice*)
2 | Jeffrey C. Totten (*pro hac vice*)
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
3 | 901 New York Avenue, NW
    Washington, DC  20001
4 | Telephone:  (202) 408-4000
    Facsimile: (202) 408-4400
5
6 | Jacob A. Schroeder (SBN 264717)
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
7 | 3300 Hillview Avenue
    Palo Alto, CA  94304-1203
8 | Telephone:  (650) 849-6600
    Facsimile:  (650) 849-6666
9

John P. Bovich (SBN 150688)
Christine M. Morgan (SBN 169350)
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: 415.543.8700
Facsimile: 415.391.8269

Gerard M. Donovan (pro hac vice)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, DC 20005-3317
Telephone: 202.414.9200
Facsimile: 202.414.9299

10 | *Attorneys for Plaintiff*
     X One, Inc.
11

*Counsel for Defendant*
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| X ONE, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | CASE NO. 5:16-CV-6050-LHK<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT (PATENT L.R. 4-3)** |

1. **Introduction**

Pursuant to Patent L.R. 4-3, X One and Uber submit this Joint Claim Construction and Prehearing Statement with respect to U.S. Patent Nos. 8,798,593 and 8,798,647.

2. **Agreed Claim Constructions (Patent L.R. 4-3(a))**

The parties agree that all terms not identified below or included in Joint Claim Construction Statement chart (Exhibit A) are to be governed by their plain and ordinary meaning.

3. **Proposed Constructions of Disputed Terms (Patent L.R. 4-3(b))**

The Joint Claim Construction Statement chart attached as Exhibit A presents the parties' proposed constructions for the terms identified by the parties under Patent Local Rule 4-3(c) and the remaining disputed terms with intrinsic and extrinsic evidence supporting such constructions. Each party reserves the right to use evidence identified or relied upon by any other party and to use any portion of documents identified in the attached charts, not just those portions expressly cited.

4. **Identification of Terms for Construction (Patent L.R. 4-3 (c))**

Pursuant to Patent Local Rule 4-3(c), the parties identify the following seven terms "whose construction will be most significant to the resolution of the case"[1]:

**'593 Patent:**
- "account"
- "a database representing an account for a first individual, the account having an associated buddy list that identifies multiple users"
- "buddy list"
- "last known location"

**'647 Patent:**
- "wherein the provider is selected in connection with the request for the desired service" / "selecting the provider of the desired service"

---

[1] Uber believes that three additional terms are significant to the resolution of the case and should be briefed. X One disagrees. The parties are submitting a joint administrative motion seeking clarification on the number of terms for claim construction briefing.

- "is invoked responsive to launching an application" / "are invoked responsive to launching an application" / "in association with an application launched"
- "forming a use-specific group" / "formation of a use-specific group"

With the exception of "account," and "is invoked responsive to launching an application" / "are invoked responsive to launching an application" / "in association with an application launched", Uber believes that each of the above terms may be dispositive to the patent in which they appear. X One does not believe that the construction of any of the above terms will be case or claim dispositive.

The parties dispute additional claim terms, included in the Joint Claim Construction Statement chart. The terms above are identified in **bold**. *See* Exhibit A, attached. Depending on the Court's decision on the parties' joint administrative motion seeking clarification on the number of terms for claim construction briefing, the parties' claim construction briefs will either address only the seven terms above, or will also address the three additional terms identified by Uber in the joint administrative motion. Each party reserves the right to seek construction of any of the remaining disputed terms at a later time if it becomes necessary.

**5.     Anticipated Length of Claim Construction Hearing (Patent L.R. 4-3 (d))**

The Court has set the Claim Construction Hearing for August 24, 2017, starting at 1:30 pm. ECF No. 61. As stated in the parties' Initial Case Management Conference Statement, "The estimated length of the claim construction hearing is 3-4 hours. X One does not believe it will take that long." ECF No. 37 at 8.

**6.     Anticipated Witnesses at the Claim Construction Hearing (Patent L.R. 4-3(e))**

The parties do not anticipate calling witnesses at the Claim Construction Hearing.

**7.     Identification of Factual Findings Requested from the Court (Patent L.R. 4-3(f))**

The parties do not anticipate requesting any factual findings from the Court.

Dated: May 26, 2017

By: */s/ Jacob A. Schroeder*
Jacob A. Schroeder

*Attorneys for Plaintiff*
X One, Inc.

Dated: May 26, 2017

By: */s/ John P. Bovich*
John P. Bovich

*Attorneys for Defendant*
Uber Technologies, Inc.

## **ATTESTATION**

I, Jacob A. Schroeder, hereby attest that concurrence in the filing of the document has been obtained from counsel for Uber Technologies, Inc.

By: */s/ Jacob A. Schroeder*
Jacob A. Schroeder
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (202) 408-4400

Attorneys for Plaintiff
X One, Inc.