1  Doris Johnson Hines (*pro hac vice*)
   dori.hines@finnegan.com
2  Jeffrey C. Totten (pro hac vice)
   jeffrey.totten@finnegan.com
3  Forrest Jones (SBN 286951)
   forrest.jones@finnegan.com
4  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
5  901 New York Avenue, NW
   Washington, DC 20001-4413
6  Telephone: (202) 408-4000
   Facsimile: (202) 408-4400
7
   Jacob A. Schroeder (SBN 264717)
8  jacob.schroeder@finnegan.com
   Nicholas D. Petrella (SBN 299194)
9  nicholas.petrella@finnegan.com
   Jinwoo Kim (SBN 317364)
10 jinwoo.kim@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
11  GARRETT & DUNNER, LLP
   3300 Hillview Avenue
12 Palo Alto, California 94304
   Telephone: (650) 849-6600
13 Facsimile: (650) 849-6666

14 Attorneys for Plaintiff X One, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| X ONE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | CASE NO. 5:16-CV-6050-LHK<br><br>**[PROPOSED] ORDER SETTING TIME FOR DEFENDANT TO RESPOND TO DISCOVERY** |

# **[PROPOSED] ORDER**

Defendant Uber Technologies, Inc. is hereby ORDERED to complete document production responsive to X One's First and Second Requests for Production by March 15, 2019.

Further, Plaintiff and Defendant are ordered to attend weekly discovery calls between lead counsel for both parties and Magistrate Judge van Keulen until the close of fact discovery. The agenda is to include items identified in writing 24 hours before call. If both parties agree that no call is needed a given week, then the call can be postponed to the following week.

IT IS SO ORDERED.

Dated:_____          _____

                                                             Honorable Susan van Keulen

                                                             United States Magistrate Judge