UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| X ONE, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>            Defendant. | Case No.    5:16-CV-06050-LHK (SVK)<br><br>**[PROPOSED] ORDER GRANTING UBER'S COMPROMISE IN THE PARTIES' JOINT STATEMENT**<br><br>Action Filed: October 19, 2016<br>Trial Date: February 10, 2020 |

1  Plaintiff X One, Inc. and Defendant Uber Technologies, Inc. have filed a joint statement
2 to seek the Court's assistance in resolving discovery disputes.  Upon full consideration of the
3 parties' joint statement,
4  IT IS HEREBY ORDERED that Uber substantially complete its document production
5 responsive to X One's First and Second Requests for Production of Documents by
6 April 30, 2019;
7  IT IS FURTHER ORDERED that close of fact discovery be continued to June 14, 2019;
8  IT IS FURTHER ORDERED that X One provide narrative responses to the entirety of
9 Interrogatory Nos. 1-7 by March 29, 2019; and
10  IT IS FURTHER ORDERED that the parties continue to meet and confer on a weekly
11 basis to discuss the parties' discovery disputes until the close of fact discovery and to make audio
12 recordings of those meetings.
13
14
15
16 Dated: _____, 2019
17  _____
 HONORABLE SUSAN VAN KEULEN
 United States Magistrate Judge