UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X ONE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. 16-cv-06050-LHK (SVK)<br><br>**ORDER RE REDACTION OF ORDER GRANTING UBER'S MAY 10, 2019 MOTION TO COMPEL A FURTHER RESPONSE TO INTERROGATORY NO. 18**<br><br>Re: Dkt. No. 154 |

The Court's Order Granting Uber's May 10, 2019 Motion to Compel a Further Response to Interrogatory No. 18 has been filed under seal because it contains information that Defendant has moved to file under seal due to its highly confidential nature. ECF 134. The Parties are ordered to meet and confer by no later than June 6, 2019, and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by **11:59 p.m. on June 6, 2019**, the Court will unseal the order in its entirety.

**SO ORDERED.**

Dated: May 23, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge