UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X ONE, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No. 16-cv-06050-LHK (SVK)<br><br>**ORDER UNSEALING ORDER GRANTING UBER'S MAY 10, 2019 MOTION TO COMPEL A FURTHER RESPONSE TO INTERROGATORY NO. 18**<br><br>Re: Dkt. Nos. 135, 154, 155 |

Pursuant to the Court's redaction order dated May 23, 2019 (ECF 154), the Parties should have submitted proposed redactions to the Court's Order Granting Uber's May 10, 2019 Motion to Compel a Further Response to Interrogatory No. 18 (ECF 154), which has been provisionally filed under seal, by 11:59 p.m. on June 6, 2019, if any redaction was required. The Parties have not submitted any proposed redactions, supporting declaration(s) or a proposed order as of the date of this order.

Accordingly, **IT IS HEREBY ORDERED** that the Court's Order Granting Uber's May 10, 2019 Motion to Compel a Further Response to Interrogatory No. 18 (ECF 154) shall be unsealed in its entirety.

**SO ORDERED.**

Dated: June 14, 2019

SUSAN VAN KEULEN
United States Magistrate Judge