UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X ONE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 16-cv-06050-LHK (SVK)<br><br>**ORDER REGARDING DEFENDANT'S JUNE 7, 2019 MOTION TO COMPEL**<br><br>Re: Dkt. No. 182 |

Before the Court is one of two joint discovery letters filed by the Parties on June 7, 2019. ECF 182; ECF 184. This order addresses the first of those letters in which Defendant Uber Technologies, Inc. ("Uber") moves to compel Plaintiff X One, Inc. ("X One") to provide further responses to Uber's Requests for Admission ("RFAs") Nos. 65–68. ECF 182. The Court addressed similar RFAs in a previous dispute between the Parties on May 23, 2019. ECF 150.

Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument. For the reasons set forth in Court's May 23, 2019 Order (ECF 150), Uber's objections to RFAs Nos. 65–68 are **OVERRULED**. In addition to the issues identified in ECF 150, here, Uber not only asks X One to admit or deny that it made previous statements but asks X One to admit or deny that those statements support specific positions set forth by Uber. As a result, X One's responses admitting in part and denying in part along with providing the full context of its previous statement, are, in this case, appropriate.

**SO ORDERED.**

Dated: June 18, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge