UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X ONE, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> UBER TECHNOLOGIES, INC., <br><br>  Defendant. | Case No. 16-CV-06050-LHK <br><br> **JUDGMENT** |

On February 11, 2020, the Court granted Defendant's motion for summary judgment of noninfringement. *See* ECF No. 350. Furthermore, on February 18, 2020, the parties filed a statement, in which both parties agreed that the Court's analysis in its summary judgment order applies to the remaining patent claims asserted by Plaintiff and that Plaintiff's remaining patent claims need not be separately litigated. *See* ECF No. 352 at 2–3. The parties agreed that final judgment was thus appropriate following the Court's grant of summary judgment of noninfringement in favor of Defendant. *Id.* Accordingly, the Clerk shall enter judgment in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 19, 2020

_____
LUCY H. KOH
United States District Judge

Case No. 16-CV-06050-LHK
JUDGMENT

1